KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
MICHAEL W. M. MANOUKIAN, Bar No. 308121
mmanoukian@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
PPG INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE P. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PPG INDUSTRIES, INC.<br><br>　　　　　Defendant. | Case No. 3:16-cv-04841-JD<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL and**<br><br>~~**Proposed**~~<br><br>**ORDER**<br><br><br>Judge: Hon. James Donato |

IT IS HEREBY STIPULATED by and between Plaintiff Steve P. Thompson and Defendant PPG Industries, Inc., by and through their respective attorneys of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above referenced action, be dismissed as follows: Plaintiff's First, Second, Third, Fourth, and Sixth Causes of Action are hereby, **DISMISSED WITH PREJUDICE**, and Plaintiff's Fifth Cause of Action is hereby, **DISMISSED WITHOUT PREJUDICE**. The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS FURTHER STIPULATED that: the Court shall retain jurisdiction of this matter to enforce the parties' settlement agreement, the terms of which are expressly incorporated by reference into this stipulation and order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 30, 2017

ss//Kenneth J. Sperandio, Jr.//
Ken J. Sperandio, Jr.
Craig S. Miller
WEISBERG & MILLER
Attorneys for Plaintiff

Dated: June 30, 2017

ss/Karin M. Cogbill//
Karin M. Cogbill
Michael W. M. Manoukian
LITTER MENDELSON, P.C.
Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: July 5, 2017

Hon. J
United

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIPULATION OF
VOLUNTARY DISMISSAL & ORDER

2.

Case No. 3:16-cv-04841-JD